### GEORGIA INDUSTRIAL COMPANY v. PROVIDENT SAVINGS LIFE ASSURANCE SOCIETY.

LUMPKIN, J. Under the facts of this case and in view of the entire situation and circumstances disclosed by the pleadings and evidence, after a careful examination this court can not say that the presiding judge abused his discretion in appointing a receiver.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued February 5,—Decided July 28, 1906.

Injunction and receiver. Before Judge Cann. Chatham superior court. October 11, 1905.

*Walter McElreath* and *W. Cecil Neill,* for plaintiffs in error.

*J. H. Gilbert, W. H. Burwell, W. L. Clay, A. H. Blackshear, Green, Tilson & McKinney, Osborne & Lawrence, Lawton & Cunningham, H. W. Johnson, Hall & Wimberly, Erwin & Callaway, John R. L, Smith,* and *C. H. Hall, Jr.,* contra.